IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN RUSSEY, JR.                                                                              PLAINTIFF

v.                                  Civil No. 6:12-cv-6028

SARAH L. HANEY, Jail Administrator,
Pike County Detention Center;
AARON TEEL, Commissary Worker; and
SHERIFF GLENN                                                                              DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed January 16, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 29). Judge Bryant recommends that the above-styled case be dismissed for failure to state a claim under section 1983. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of February, 2014.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District